UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PRESTON LEONARD SCHOFIELD,**

    **Plaintiff,**

v.                                                    **Case No: 8:22-cv-108-MSS-JSS**

**TAMPA POLICE DEPARTMENT**
**and UNITED STATES OF**
**AMERICA,**

    **Defendants.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court for consideration *sua sponte*. A review of the record in this case reveals that *pro se* Plaintiff, Preston Leonard Schofield, has not been diligent in prosecuting this matter. Plaintiff filed a Complaint on January 13, 2022, asserting that his constitutional rights were violated. (Dkt. 1) Plaintiff also filed a Motion to Proceed *in Forma Pauperis* (hereinafter, the "IFP Motion"). (Dkt. 3) On February 18, 2022, United States Magistrate Judge Julie S. Sneed issued a Report and Recommendation finding that Plaintiff's Complaint should be dismissed and Plaintiff's IFP Motion be denied without prejudice. (Dkt. 5) The Court adopted Judge Sneed's Report and Recommendation on March 10, 2022 and dismissed Plaintiff's Complaint without prejudice and denied Plaintiff's IFP Motion without prejudice. (Dkt. 7)

- 2 -

The Court also granted Plaintiff leave to file an amended complaint within twenty (20) days of its Order. (Id.) Plaintiff has yet to comply with the requirements of this Court's Order, and Plaintiff has not moved for an extension of time to do so. As a result, Plaintiff has not filed an amended complaint in this matter, and there has been no activity in this case since March 2022.

Accordingly, the Court hereby **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order. The **CLERK** is directed to **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 13th day of May 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party